# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSHUA RIKER,

    Defendant.

Case No. 2:15-cr-00241-LDG (NJK)

**ORDER**

    Defendant, Joshua Riker, has submitted a letter to the Court in which he requests a hearing regarding early termination of his probation (ECF No. 6). Riker asserts that he successfully completed the condition of one year of house arrest, and notes that he has completed slightly more than three years of the imposed five year term of probation.

    A review of the docket indicates that in November 2016, Riker agreed to the modification of his conditions of probation to include 40 hours of community service, which the Court subsequently imposed. The reason for the modification was that Riker had been stopped by a police officer while driving his roommate's vehicle without a valid driver's license. At that time, Riker had a number of outstanding traffic warrants, which had resulted in the suspension of his license.

In light of this prior event, which occurred less than three years ago, the Court will deny the request for a hearing. Accordingly,

THE COURT **ORDERS** that Defendant's Request for a Hearing (ECF No. 6) is DENIED.

DATED this 18 day of June, 2018.

_____
Lloyd D. George
United States District Judge